JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOY CHHOEU D/B/A SK DONUTS & ICE CREAM; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-06402-RGK-MAAx<br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, each side to bear their own fees and costs.

SO ORDERED.

DATED: February 22, 2019 _____
United States District Court Judge